**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **MARIO LUCERO CHAVEZ,** § | |
| Plaintiff, § | |
| § | |
| v. § | No. EP-22-CV-00210-KC-ATB |
| § | |
| **EFRAIN A CARILLO,** § | |
| Defendant. § | |
| § | |
| § | |

**ORDER TO SHOW CAUSE**

On this day, the Court considered Defendant Efrain A. Carillo's ("Defendant") "Defendant Officer Carillo's Motion to Dismiss Plaintiff's Complaint and Brief in Support Thereof" ("Motion"), filed by Defendant on July 28, 2022. To date, Plaintiff has failed to file a Response.

Local Rule CV-7(d)(2) provides, in the pertinent part, "A response to [dispositive] motions shall be filed not later than 14 days after the filing of the motion, except as provided by Rule CV-15. If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed." As such, Plaintiff should have filed a Response to Defendant's Motion by August 22, 2022 but failed to do so.

It is **HEREBY ORDERED that on or before September 16, 2022**, Plaintiff shall show good cause in writing as to why he failed to file a timely Response. Plaintiff is notified that failure to timely and properly respond to this Order to Show Cause may result in the Court granting the Motion as unopposed.

2

**SIGNED** and **ENTERED** this 31st day of August, 2022.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**